IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00816-RPM

NAUTILUS, INC.,
a Washington corporation,

        Plaintiff,

v.

ARBORTECH USA, L.L.C.,
a Florida corporation,

        Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #8), filed on July 5, 2006, it is

ORDERED that all claims in the above-referenced litigation are dismissed with prejudice, each party to bear its own costs and fees.

Dated: July 6th, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge